[No. 30746-4-II.   Division Two.   April 27, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. GORDON SIDNEY KIRKPATRICK, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-01410-1, Frederick W. Fleming, J., entered August 12, 2003. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, C.J., and Houghton, J.

[No. 21388-9-III.   Division Three.   April 27, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN EMMANUEL BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 98-1-00182-2, Rebecca M. Baker, J., entered August 7, 2002. *Dismissed* by unpublished opinion per Sweeney, J., concurred in by Kato, C.J., and Schultheis, J.

[No. 21466-4-III.   Division Three.   April 27, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. WAYNE ALAN WEST, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 02-1-00056-2, Rebecca M. Baker, J., entered October 2, 2002. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis and Brown, JJ.

[No. 21622-5-III.   Division Three.   April 27, 2004.]

DAVID D. KENDALL, ET AL., *Appellants*, v. RONALD R. WELLS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-2-06320-5, Robert D. Austin, J., entered November 20, 2002. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Kurtz, J., concurred in by Sweeney, A.C.J., and Brown, J.